J. N. DUPREE v. STATE.
No. A-712.   Opinion Filed October 31, 1911.
Appeal from Coal County Court; R. H. Wells, Judge.
George Trice, for plaintiff in error.
Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   J. N. Dupree, plaintiff in error, was convicted of the crime of selling intoxicating liquor and his punishment was assessed at imprisonment in the county jail for a period of ninety days and to pay a fine of three hundred dollars. The judgment and sentence was entered on February 10, 1910. An appeal was taken by filing in this court on April 11, 1910, a petition in error with case-made. It is assigned that the court erred in overruling an application for a change of judge, and in overruling the plea to the jurisdiction of the court. The record shows the filing of the statutory affidavits for a change of judge conformable to section 1984, Comp. Laws 1909. This section was repealed by section 2012, Comp. Laws 1909. The application for change of judge was properly overruled. We are clearly of the opinion that the appeal is without merit. Finding no prejudicial error in the proceeding, the judgment of the lower court is affirmed.

BEN FORD et al. v. STATE.
No. A-1136.   Opinion Filed November 4, 1911.
Appeal from Caddo County Court; C. Ross Hume, Judge.
Ben Ford and Otto Dishon were convicted for violation of the prohibitory law, and appeal.  Appeal dismissed as to Ben Ford.
Bristow & McFadyen, for appellants.
Smith C. Matson, Asst. Atty Gen., for the State.

PER CURIAM.   On the 30th day of March, 1911, appellants were found guilty in the county court of Caddo county of a violation of the prohibitory liquor law and were sentenced to thirty days' imprisonment each in the county jail, and to pay a fine of $200 each. From this judgment appellants appealed. On the 31st day of October, 1911, counsel for appellants filed in this court the following motion:

"Comes now Ben Ford, one of the plaintiffs in error in the above entitled cause, and for and on behalf of himself and himself alone, dismisses the appeal in the above entitled cause as to himself, and asks that mandate issue at once."

The motion to dismiss this appeal made on behalf of Ben Ford is hereby allowed, and this appeal is continued as to Otto Dishon. Appeal dismissed as to Ben Ford. Mandate of this court will issue immediately directing the county court of Caddo county to carry its judgment into execution against appellant Ben Ford.